UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES E. STONE, SR.

VERSUS

PARISH OF EAST BATON ROUGE,
THROUGH RECREATION AND
PARK COMMISSION FOR THE
PARISH OF EAST BATON ROUGE

CIVIL ACTION

NO. 06-401-FJP-SCR

**JUDGMENT**

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that defendant's motion for summary judgment shall be granted on all of plaintiff's federal claims.

IT IS FURTHER ORDERED that judgment shall be entered against the plaintiff James E. Stone dismissing all of his federal claims in this suit with prejudice.

IT IS FURTHER ORDERED that plaintiff's state law claims shall be dismissed without prejudice.

Baton Rouge, Louisiana, September 30, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45137